```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 34872
    EILEEN DUREN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7340

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/31/2005 and was confirmed 10/12/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 07/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ILLINOIS LENDING PAY COR  UNSECURED          845.75           .00          845.75
10 MINUTE PAYDAY LOANS    UNSECURED        NOT FILED          .00             .00
CBT ASPIRE                UNSECURED          378.17           .00          378.17
BELL GENERAL CU           UNSECURED        NOT FILED          .00             .00
BELL GENERAL CU           UNSECURED        NOT FILED          .00             .00
CHECK N GO                UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00             .00
TIMOTHY K GETTY DDS       UNSECURED        NOT FILED          .00             .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED          .00             .00
MCI                       UNSECURED        NOT FILED          .00             .00
ASSET ACCEPTANCE CORP     UNSECURED          689.55           .00          689.55
ASSET ACCEPTANCE          NOTICE ONLY      NOT FILED          .00             .00
NICOR GAS                 UNSECURED          338.29           .00          338.29
ULTRA FOODS               UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED          984.94           .00          984.94
VILLAGE OF OAK PARK       UNSECURED        NOT FILED          .00             .00
ARONSON FURNITURE         SECURED           1500.00         144.85         1500.00
ARONSON FURNITURE         UNSECURED         1438.12           .00         1438.12
BELL GENERAL CU           SECURED           4280.81        1361.54         4280.81
BELL GENERAL CU           FILED LATE           .00            .00             .00
OPTION ONE MORTGAGE       CURRENT MORTG    36126.31           .00        34983.73
OPTION ONE MORTGAGE       MORTGAGE ARRE     2076.12           .00         2076.12
DEUTSCHE BANK             MORTGAGE ARRE      549.48           .00          549.48
DEUTSCHE BANK             CURRENT MORTG     9146.00           .00         9146.00
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                        3,893.01
DEBTOR REFUND             REFUND                                         4,905.47

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 34872 EILEEN DUREN
```

```
TRUSTEE                                   70,215.83

PRIORITY                                                             .00
SECURED                                                        52,536.14
    INTEREST                                                    1,506.39
UNSECURED                                                       4,674.82
ADMINISTRATIVE                                                  2,700.00
TRUSTEE COMPENSATION                                            3,893.01
DEBTOR REFUND                                                   4,905.47
                                       ----------------  ----------------
TOTALS                                    70,215.83             70,215.83
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE









                            PAGE   2
        CASE NO. 05 B 34872 EILEEN DUREN